EDWARD G. SCHLOSS | 102858
LIOR KATZ | 284559
LANCE KAUFMAN | 309186
3637 Motor Avenue, Suite 220
Los Angeles, California 90034
Tel: (310) 733-4488
Fax: (310) 836-4888
B26723/kt

Attorneys for Movant
BAYVIEW LOAN SERVICING, LLC

The following constitutes
the order of the court. Signed March 14, 2018

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CASEY TAROKH *aka*<br>CASEY KAZEN TAROKH *aka*<br>CASEY K. TAROKH *dba*<br>CE CONSULTANT,<br><br>Debtor(s). | Bk. No.: 17-51380-MEH<br><br>R.S. No. EGS-232<br><br>Chapter 13<br><br>ORDER GRANTING RELIEF FROM AUTOMATIC STAY RE: PROPERTY LOCATED AT 1381 NORELIUS COURT, SAN JOSE, CA 95120<br><br>Continued Hearing -<br>Date:   March 2, 2018<br>Time:  10:00 a.m.<br>Place:  United States Bankruptcy Court<br>           Courtroom 3020<br>           280 S. First Street, Third Floor<br>           San Jose, CA 95113<br><br>Honorable M. Elaine Hammond |

Movant's Motion for Relief from Automatic Stay Re: Property Located at 1381 Norelius Court, San Jose, CA 95120 (filed on January 17, 2018, as docket entry #25) ("Motion") came on for a continued scheduled hearing in this Court on March 2, 2018 at 10:00 a.m., before the Honorable M. Elaine Hammond. Lance Kaufman of Edward G. Schloss Law Corporation appeared personally on behalf of Movant, BAYVIEW LOAN SERVICING, LLC ("Movant"). The remaining appearances were as stated on the record.

1

1 | The Court, having considered the Court records and files, the arguments of counsel for
2 | the Debtor and Movant, the representations of Movant's counsel on the record in response to the
3 | Court's inquiries, and with good cause appearing therefor, makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, effective **March 29, 2018**, the Automatic Stay in the above-entitled bankruptcy proceeding is vacated and terminated as to Movant, its assignees and/or successors in interest, and Movant, its assignees and/or successors in interest, may hereafter proceed with foreclosure and conduct a trustee's sale of the subject property, generally described as **1381 Norelius Court, San Jose, CA 95120** ("subject property" herein), and legally described in Exhibit "A" attached to the Declaration in Support of the motion, pursuant to California Civil Code Section 2924 et seq., and thereafter commence any lawful action necessary to obtain complete possession of the subject property without further Court order or proceeding being necessary.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is <u>not</u> waived.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST